In the Matter of the Accounting of CHARLES WANNINGER et al., as Executors of WILLIAM NELSON, Deceased, Appellants.

ROLAND S. PALMER, as Guardian of HELEN D. NELSON, an Infant, Respondent.

*Matter of Wanninger,* 120 App. Div. 273, affirmed.
(Argued November 19, 1907; decided December 3, 1907.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered June 21, 1907, which affirmed a decree of the New York County Surrogate's Court judicially settling the accounts of the executors of William Nelson, deceased.

*Alfred A. Cook, Leopold Wallach* and *Charles K. Allen* for appellants.

*John M. Perry* and *Roland S. Palmer* for respondent.

Order affirmed, with costs to be paid by the appellants personally; no opinion.

Concur: CULLEN, Ch. J., GRAY, O'BRIEN, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.